# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Wilmer Cutler Pickering Hale and Dorr LLP

**v.**

Executive Office of the President, et al.

**Case No:** 25-5277

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⊗ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Wilmer Cutler Pickering Hale and Dorr LLP

### Counsel Information

**Lead Counsel:** (Paul D. Clement remains lead counsel; please enter my appearance as additional counsel)

**Direct Phone:** (____) _____ Fax: (____) _____   **Email:** _____

**2nd Counsel:** Ilan J. Posner

**Direct Phone:** ( 202 ) 742-8890 Fax: (____) _____   **Email:** ilan.posner@clementmurphy.com

**3rd Counsel:**

**Direct Phone:** (____) _____ Fax: (____) _____   **Email:** _____

**Firm Name:** Clement & Murphy, PLLC

**Firm Address:** 706 Duke Street, Alexandria, VA 22314

**Firm Phone:** ( 202 ) 742-8900 Fax: (____) _____   **Email:** info@clementmurphy.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)