# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Wilmer Cutler Pickering Hale and Dorr LLP

v.

Executive Office of the President, et al.

**Case No:** 25-5277

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Wilmer Cutler Pickering Hale and Dorr LLP

### Counsel Information

**Lead Counsel:** Paul D. Clement

**Direct Phone:** (202) 742-8900  **Fax:** ( ) -  **Email:** paul.clement@clementmurphy.com

**2nd Counsel:** Erin E. Murphy

**Direct Phone:** (202) 742-8900  **Fax:** ( ) -  **Email:** erin.murphy@clementmurphy.com

**3rd Counsel:** Matthew D. Rowen

**Direct Phone:** (202) 742-8900  **Fax:** ( ) -  **Email:** matthew.rowen@clementmurphy.com

**Firm Name:** Clement & Murphy, PLLC

**Firm Address:** 706 Duke Street, Alexandria, VA 22314

**Firm Phone:** (202) 742-8900  **Fax:** ( ) -  **Email:** info@clementmurphy.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)