# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,<br><br>　　　　　Defendants-Appellants. | Civil Action No. 25-5277 |

## DEFENDANTS-APPELLANTS' STATEMENT OF ISSUES RAISED

Pursuant to the Court Clerk's Order dated July 28, 2025, Defendants-Appellants respectfully submit the below statement of the issues to be raised in this appeal. The District Court entered an order granting in part Plaintiff's motion for summary judgment on May 27, 2025, as clarified by order on June 26, 2025. The issues to be raised on appeal are:

1. Whether Executive Order 14250, "Addressing Risks from WilmerHale," 90 Fed. Reg. 14549 (March 27, 2025) ("EO") violates the First Amendment to the U.S. Constitution;

2. Whether the EO violates the separation of powers as ultra vires presidential action;

3. Whether the EO violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution;

4. Whether the EO violates the right to counsel under the Sixth Amendment to the U.S. Constitution.

Dated:	August 27, 2025	Respectfully submitted,
	Washington, D.C.

CHAD MIZELLE
Acting Associate Attorney General


/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*