UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP, *Plaintiff-Appellee*, v. EXECUTIVE OFFICE OF THE PRESIDENT, et al., *Defendants-Appellants*. | No. 25-5277 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES AND RULE 26.1 DISCLOSURE**

Pursuant to this Court's order of July 28, 2025, and Circuit Rule 26.1, Appellee Wilmer Cutler Pickering Hale and Dorr LLP certifies as follows:

**A.    Parties and *Amici***

All parties and *amici* appearing before the district court and in this Court are listed in the exhibits attached to Appellants' certificate, except that the sixteenth defendant listed ("Department of Agricultur") should be "Department of Agriculture"; the ninth amicus listed ("Lawyers' Committee for Civil Right Sunder Law and Local Affiliates") should be "Lawyers' Committee for Civil Rights under Law and Local Affiliates"; the twenty-fourth amicus listed ("Rutherfor Institute") should be "Rutherford Institute"; and the twenty-ninth amicus listed ("Natoinal Association of Criminal Defense Lawyers") should be "National Association of Criminal Defense Lawyers."

1

B.  **Rulings Under Review**

The rulings at issue appear in Appellants' certificate. In addition, the district court entered an amended judgment on June 26, 2025. *See* D.Ct.Dkt.121.

C.  **Related Cases**

This case has not previously been before this Court. The following pending cases involve many of the same defendants and present similar legal issues:

- *Perkins Coie LLP v. U.S. Department of Justice, et al.*, No. 25-5241 (D.C. Cir.) (appeal of No. 1:25-cv-00716 (D.D.C.)).

- *Jenner & Block LLP v. U.S. Department of Justice, et al.*, No. 25-5265 (D.C. Cir.) (appeal of No. 1:25-cv-917 (D.D.C.)).

- *Susman Godfrey LLP v. Executive Office of the President*, No. 25-____ (D.C. Cir.) (appeal of No. 1:25-cv-01107 (D.D.C.)).

D.  **Rule 26.1 Disclosure**

Wilmer Cutler Pickering Hale and Dorr LLP is a limited liability partnership with no parent corporation. No corporation owns 10% or greater ownership interest in Wilmer Cutler Pickering Hale and Dorr LLP.

                                        Respectfully submitted,

                                        <u>s/Paul D. Clement</u>
                                        PAUL D. CLEMENT
                                           *Counsel of Record*
                                        ERIN E. MURPHY
                                        MATTHEW D. ROWEN
                                        JOSEPH J. DEMOTT
                                        706 Duke Street
                                        Alexandria, VA 22314
                                        (202) 742-8900
                                        paul.clement@clementmurphy.com

                    *Counsel for Plaintiff-Appellee*

August 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement<br>
Paul D. Clement