# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5241**                                                **September Term, 2025**

1:25-cv-00716-BAH

**Filed On: December 9, 2025**

Perkins Coie LLP,

      Appellee

   v.

United States Department of Justice, et al.,

      Appellants

--------------------

**No. 25-5265**                                                                1:25-cv-00916-JDB


Jenner & Block LLP,

      Appellee

   v.

United States Department of Justice, et al.,

      Appellants

--------------------

**No. 25-5277**

1:25-cv-00917-RJL

Wilmer Cutler Pickering Hale and Dorr LLP,

      Appellee

   v.

Executive Office of the President, et al.,

      Appellants

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5241**                                                                                      **September Term, 2025**

--------------------

**No. 25-5310**

                                                                                      **1:25-cv-01107-LLA**

Susman Godfrey LLP,

       Appellee

       v.

Executive Office of the President, et al.,

       Appellants

## O R D E R

Upon consideration of appellants' unopposed motions for extension of time, it is

**ORDERED** that the motions be granted. The deadline for the parties to comply with the court's order filed September 23, 2025, is now January 26, 2026.

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                 Laura M. Morgan
                                                 Deputy Clerk