# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, | |
| Plaintiff-Appellee, | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *et* al., | Civil Action No. 25-5241 |
| Defendants-Appellants. | |

| | |
|---|---|
| JENNER & BLOCK LLP, | |
| Plaintiff-Appellee, | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *et* al., | Civil Action No. 25-5265 |
| Defendants-Appellants. | |

| | |
|---|---|
| WILMER CUTLER PICKERING HALE and DORR LLP, | Civil Action No. 25-5277 |

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,

Defendants-Appellants.

SUSMAN GODFREY LLP,

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,

Defendants-Appellants.

Civil Action No. 25-5310

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS

Pursuant to Federal Rule of Appellate Procedure 42(b)(2),

Defendant-Appellants respectfully move to voluntarily dismiss these

consolidated appeals, with all parties to bear their own fees and costs.

Counsel for Plaintiff-Appellees have authorized Defendant-Appellants

to state that Plaintiff-Appellees consent to this motion.

Dated:      March 2, 2026          Respectfully submitted,
            Washington, D.C.

                                   STANLEY E. WOODWARD, JR.
                                   Associate Attorney General


                                   /s/ *Abhishek S. Kambli*
                                   ABHISHEK S. KAMBLI
                                   Deputy Associate Attorney General
                                   950 Pennsylvania Avenue, NW
                                   Washington, DC 20530
                                   Telephone: (202) 514-9500

                                   *Counsel for Defendant-Appellants*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of D.C. Circuit Rule 27 because it contains 41 words.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/   Abhishek S. Kambli*
ABHISHEK S. KAMBLI

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

*/s/   Abhishek S. Kambli*
ABHISHEK S. KAMBLI